# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-03-H-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| ALLYN GRACE DENNIS and MICHAEL JAMES GEORGE, | |
| Defendants | |

Based upon Defendant Dennis' motion for leave to file exhibit under seal, and good cause appearing thereof,

**IT IS HEREBY ORDERED** that Defendant Dennis' Motion for Leave to File Exhibits A to her Opposed Motion to Suppress Evidence under seal is GRANTED.

DATED this 7th day of July, 2020.

_____
Brian Morris, Chief District Judge
United States District Court